THE
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO: 5:08-cv-00082-RLV-CH

| | |
|---|---|
| Genaro Lopez, individually and on behalf of himself and all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| Bottomley Evergreen and Farms, Inc., William Blan Bottomley, Mitchell Bottomley, and Martha Bottomley, | ) ) ) ) |
| Defendants. | ) ) |

## ORDER GRANTING MOTION FOR LEAVE TO FILE ATTACHMENTS UNDER SEAL

This matter came before the Court on a motion by Defendants Bottomley Evergreen and Farms, Inc., William Blan Bottomley, Mitchell Bottomley, and Martha Bottomley (the "Defendants") to file under seal the Settlement Agreement and Release attached as Exhibit A to Defendants' Motion for Approval of Settlement.

Having considered the matters of record on this Motion, the Court finds that the Motion should be, and hereby is, GRANTED.

IT IS THEREFORE ORDERED that Defendants be granted leave to file Exhibit A to Defendants Motion for Approval of Settlement" under seal.

CHAR2\1157293v1

**SO ORDERED**.

Signed: January 20, 2009

*Carl Horn, III*

Carl Horn, III
United States Magistrate Judge